**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JASON E. FENNER                                                                          PLAINTIFF
ADC #127315

v.                                              NO. 4:10CV00066 JLH

DOES, *et al.*                                                                          DEFENDANTS

## <u>JUDGMENT</u>

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice, the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 5th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE