IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JASON E. FENNER                                                                                         PLAINTIFF
ADC #127315

v.                                              NO. 4:10CV00066 JLH

DOES, *et al.*                                                                                         DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice, the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 5th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE